UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MeehanCombs Global Credit Opportunities
Master Fund, LP, Relative Value-Long/Short
Debt Portfolio, a Series of Underlying Funds Trust,
SB4 CF LLC, CFIP Ultra Master Fund, Ltd.,
and Trilogy Portfolio Company, LLC,

       Plaintiff(s),                            Civil Action No. 14 CV 7091

  -against-                                  AFFIDAVIT OF SERVICE

Caesars Entertainment Corporation and
Caesars Entertainment Operating Company, Inc.,

       Defendant(s).
-------------------------------------------------------------X
STATE OF DELAWARE    )
                               S.S.:
COUNTY OF NEW CASTLE)

       KEVIN S. DUNN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

       That on the 4th day of September, 2014, at approximately 1:00 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Honorable Shira A. Scheindlin Suggested Rules of Discovery Practice, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Caesars Entertainment Corporation c/o Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware, by personally delivering and leaving the same with Paul Matthews, who informed deponent that he is an agent authorized by appointment to receive service at that address.

       Paul Matthews is a white male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 180 pounds with brown hair and dark eyes.

_____
KEVIN S. DUNN

Sworn to before me this
4th day of September, 2014

_____
NOTARY PUBLIC

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MeehanCombs Global Credit Opportunities
Master Fund, LP, Relative Value-Long/Short
Debt Portfolio, a Series of Underlying Funds Trust,
SB4 CF LLC, CFIP Ultra Master Fund, Ltd.,
and Trilogy Portfolio Company, LLC,

        Plaintiff(s),                      Civil Action No. 14 CV 7091

  -against-                          AFFIDAVIT OF SERVICE

Caesars Entertainment Corporation and
Caesars Entertainment Operating Company, Inc.,

        Defendant(s).
---------------------------------------------------------------X
STATE OF DELAWARE    )
                              S.S.:
COUNTY OF NEW CASTLE)

      KEVIN S. DUNN, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of METRO ATTORNEY SERVICE INC., and is not a party to this action.

      That on the 4th day of September, 2014, at approximately 1:00 PM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Honorable Shira A. Scheindlin Suggested Rules of Discovery Practice, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Caesars Entertainment Operating Company, Inc. c/o Corporation Service Company at 2711 Centerville Road, Suite 400, Wilmington, Delaware, by personally delivering and leaving the same with Paul Matthews, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Paul Matthews is a white male, approximately 35 years of age, stands approximately 5 feet 9 inches tall, and weighs approximately 180 pounds with brown hair and dark eyes.

_____
KEVIN S. DUNN

Sworn to before me this
4th day of September, 2014

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015

_____
NOTARY PUBLIC

Metro Attorney Service Inc. 305 Broadway 9th Floor New York New York 10007 212.822.1421 NYC DCA# 1320502

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MeehanCombs Global Credit Opportunities
Master Fund, LP, Relative Value-Long/Short
Debt Portfolio, a Series of Underlying Funds Trust,
SB4 CF LLC, CFIP Ultra Master Fund, Ltd.,
and Trilogy Portfolio Company, LLC,

        Plaintiff(s),                          Civil Action No. 14 CV 7091

  -against-                           AFFIDAVIT OF SERVICE

Caesars Entertainment Corporation and
Caesars Entertainment Operating Company, Inc.,

        Defendant(s).
-------------------------------------------------------------------X
STATE OF NEW YORK)
                      S.S.:
COUNTY OF ALBANY)

        JEFFREY TEITEL, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, METRO ATTORNEY SERVICE INC., and is not a party to this action.

        That on the 5th day of September, 2014, at approximately 11:00 AM, deponent served a true copy of the Summons in a Civil Action, Complaint, Civil Cover Sheet, Honorable Shira A. Scheindlin Suggested Rules of Discovery Practice, Individual Practices of Judge Shira A. Scheindlin and Electronic Case Filing Rules & Instructions upon Caesars Entertainment Operating Company, Inc. c/o Corporation Service Company at 80 State Street, Albany, New York, by personally delivering and leaving the same with Faith Atkins, Process Specialist, who informed deponent that he is an agent authorized by appointment to receive service at that address.

        Faith Atkins is a white female, approximately 50 years of age, stands approximately 5 feet 6 inches tall, and weighs approximately 165 pounds with blonde hair.

_____
JEFFREY TEITEL

Sworn to before me this
5th day of September, 2014

_____
NOTARY PUBLIC

HILARY TEITEL
Notary Public, State of New York
Qualified in Albany County
No. 01TE5049179
Commission Expires Sept. 11, 20 17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| MEEHANCOMBS GLOBAL CREDIT OPPORTUNITIES MASTER FUND, LP, RELATIVE VALUE-LONG/SHORT DEBT PORTFOLIO, A SERIES OF UNDERLYING FUNDS TRUST, SB 4 CF LLC, CFIP ULTRA MASTER FUND, LTD., and TRILOGY PORTFOLIO COMPANY, LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>CAESARS ENTERTAINMENT CORPORATION and CAESARS ENTERTAINMENT OPERATING COMPANY, INC.,<br><br>      Defendants. | No. 14-cv-07091-(SAS)<br><br>AFFIDAVIT OF SERVICE |

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF NEW YORK )

Kevin P. Crenny, being duly sworn, deposes and says:

1. I am over the age of eighteen years and am not a party to this action.

2. On the 4th of September, 2014, I served true and correct copies of the Summons and Complaint in this action upon:

> Caesars Entertainment Corporation
> 1 Caesar's Palace Drive
> Las Vegas, NV 89109-8969
>
> - and -
>
> Caesars Entertainment Operating Company
> 1 Caesar's Palace Drive
> Las Vegas, NV 89109-8969

ACTIVE/ 77030317.1

by tendering true copies of the same in properly addressed packaging to Federal Express for standard overnight delivery service.

_____
Kevin P. Crenny

Sworn to before me this
17th Day of September, 2014

_____
NOTARY PUBLIC

MARSHA J INDYCH
Notary Public, State of New York
No. 02IN6188520
Qualified in New York County
Commission Expires June 9, 2016

ACTIVE/ 77030317.1                    2