```
USDC SDNY Settled Ord.
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
MEEHANCOMBS GLOBAL CREDIT            :    No. 14 Civ. 7091 (SAS)
OPPORTUNITIES MASTER FUND, LP, *et al.* :
:    **STIPULATION AND**
                              Plaintiffs, :    **[PROPOSED] ORDER**
:
v.                                   :
:
CAESARS ENTERTAINMENT CORPORATION and :
CAESARS ENTERTAINMENT OPERATING      :
COMPANY, INC.,                       :
:
                              Defendants. :
:
------------------------------------------------------------ x

WHEREAS, plaintiffs commenced this action by filing a Summons and Complaint on September 3, 2014; and

WHEREAS, the parties have agreed to extend the time for defendants to answer or move in response to the complaint; and

WHEREAS, there have been no previous adjournments or extensions of time;

NOW, THEREFORE, IT IS STIPULATED AND AGREED, by and between the parties, through their respective counsel, subject to approval of the Court, that:

1.  Defendants' time to answer or move in response to the complaint is hereby extended through and until October 24, 2014.

2.  In the event that defendants elect to move to dismiss the complaint, defendants shall serve the letter required by the Court's Individual Rule IV(B) on or before October 17, 2014, and plaintiffs shall serve their responsive letter on or before October 20, 2014.

3.  In the event that defendants move to dismiss the complaint, plaintiffs'

opposition papers shall be filed on or before November 14, 2014; and defendants' reply papers shall be filed on or before December 5, 2014.

Dated: New York, New York
       September 18, 2014

DRINKER BIDDLE & REATH LLP

By: _____
    James H. Millar
    Kristin K. Going
    Clay J. Pierce
    Tracy S. Combs
1177 Avenue of the Americas
New York, New York 10036-2714
(212) 248-3140
*Attorneys for Plaintiffs*

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
    Eric Seiler
    Philippe Adler
    Emily A. Stubbs
    Jason C. Rubinstein
7 Times Square
New York, New York 10036
(212) 833-1100
*Attorneys for Defendant Caesars
Entertainment Operating Company, Inc.*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: Jon Hurwitz/EAS
    Lewis R. Clayton
    Jonathan H. Hurwitz
1285 Avenue of the Americas
New York, New York  10019-6064
(212) 373-3000
*Attorneys for Defendant Caesars Entertainment
Corporation*

SO ORDERED

_____
Hon. Shira A. Scheindlin, U.S.D.J.

2

2991384.3

opposition papers shall be filed on or before November 14, 2014; and defendants' reply papers shall be filed on or before December 5, 2014.

Dated: New York, New York
September 17, 2014

DRINKER BIDDLE & REATH LLP

By: _____
James H. Millar
Kristin K. Going
Clay J. Pierce
Tracy S. Combs
1177 Avenue of the Americas
New York, New York 10036-2714
(212) 248-3140
*Attorneys for Plaintiffs*

FRIEDMAN KAPLAN SEILER &
ADELMAN LLP

By: _____
Eric Seiler
Philippe Adler
Emily A. Stubbs
Jason C. Rubinstein
7 Times Square
New York, New York 10036
(212) 833-1100
*Attorneys for Defendant Caesars
Entertainment Operating Company, Inc.*

PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

By: _____
Lewis R. Clayton
Jonathan Hurwitz
1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000
*Attorneys for Defendant Caesars Entertainment
Corporation*

SO ORDERED

_____
Hon. Shira A. Scheindlin, U.S.D.J.

9/19/14

2

2991384.3