**DrinkerBiddle&Reath**
LLP

Clay J. Pierce
212-248-3186 Direct
212-248-3141 Fax
clay.pierce@dbr.com

March 28, 2016

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/16

Law Offices
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

(212) 248-3140
(212) 248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON D.C.
WISCONSIN

Established 1849

By ECF and Hand Delivery

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *Trilogy Portfolio Company, LLC, et al. v. Caesars Entm't Corp., et al.*, No. 14-cv-7091 (SAS);

*Frederick Barton Danner v. Caesars Entm't Corp, et al.*, No. 1:14-cv-7973 (SAS)

Dear Judge Scheindlin:

In light of Your Honor's recent announcement, the plaintiffs in the above-referenced cases respectfully request a status conference to address pending matters (*e.g.*, Trilogy ECF Nos. 108, 110, 111, 112, 115, and 116; Danner ECF Nos. 103, 106, and 107) and upcoming deadlines. As Your Honor is aware, the above-referenced plaintiffs are preparing pre-trial submissions, the first of which is due on Friday, April 1, 2016, in their trial currently set to begin on May 9, 2016.

We have conferred with counsel for BOKF and UMB, plaintiffs in related actions[1] who had requested a conference prior to Your Honor's recent announcement. *See* BOKF ECF Nos. 138, 139, and 140; UMB ECF Nos. 139, 140, and 141. BOKF and UMB ask to participate in any conference the Court may be inclined to set in these actions.

We are available at the Court's convenience.

[*Signature Page Immediately Follows*]

*These cases have been reassigned to Judge Jed Rakoff. He will contact the parties shortly to schedule a conference. The parties' request is therefore GRANTED. So Ordered: [signature] USDJ 3/31/16*

---

[1] *BOKF, N.A. v. Caesars Entm't Corp, et al.*, No. 15-cv-1561 (SAS); *UMB BANK, N.A. v. Caesars Entm't Corp, et al.*, No. 15-cv-4634 (SAS)

DrinkerBiddle&Reath
L L P

The Honorable Shira A. Scheindlin
March 28, 2016
Page 2

Respectfully submitted,

| DRINKER BIDDLE & REATH LLP | GRANT & EISENHOFER P.A. |
|---|---|
| By: /s/ Clay J. Pierce<br>James H. Millar, Esq.<br>Kristin K. Going, Esq.<br>Clay J. Pierce, Esq.<br><br>1177 Avenue of the Americas, 41st Floor<br>New York, New York 10036<br>Tel: (212) 248-3140<br><br>*Attorneys for Plaintiffs in the Trilogy Action* | By: /s/ Daniel L. Berger<br>Daniel L. Berger, Esq.<br>Gordon Z. Novod, Esq.<br><br>485 Lexington Avenue, 29th Floor<br>New York, New York 10017<br>Tel: (646) 722-8500<br><br>-and-<br><br>GARDY & NOTIS, LLP<br>Mark C. Gardy, Esq.<br>James S. Notis, Esq.<br>Meagan Farmer, Esq.<br><br>Tower 56<br>126 East 56th Street, 8th Floor<br>New York, New York 10022<br><br>*Attorneys for Plaintiff in the Danner Action* |

cc: All Counsel of Record (via CM/ECF)